Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax. (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Deep Vein Thrombosis Litigation: | No. 04-4860 VRW |
| MIKE BIANCHETTI, INDIVIDUALLY AND A REPRESENTATIVE TO THE ESTATE MARY BIANCHETTI, CHRISTOPHER MICHAEL BIANCHETTI AND BRIAN GILBERT BIANCHETTI, | [MDL-1606] STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR OBTAINING DISCOVERY FROM PLAINTIFFS |
| Plaintiffs, | |
| vs. | |
| DELTA AIR LINES, INC., | |
| Defendant. | |

WHEREAS the Court ordered that the depositions of plaintiffs be completed by December 31, 2006 in certain pending cases within this multidistrict litigation; and

WHEREAS the above-captioned case would have been included among the group of cases to which reference is made in the preceding paragraph but for the fact that the case was subject to an automatic stay under 11 U.S.C. § 362 as a result of the September 14, 2005 commencement of a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), entitled *In re: DELTA AIR LINES, INC., et al.*, Debtors, Chapter 11 Case No. 05-17923 (ASH); and

---

Stipulation and [Proposed] Order re Discovery
C 04-4860 VRW

1  WHEREAS the parties' to the instant action stipulated to a modification of the automatic
2  stay, which stipulation became the order of the Bankruptcy Court on December 27, 2006; and
3  WHEREAS the defendant, DELTA AIR LINES, INC. ("Delta"), now requires time to
4  conduct and take discovery from plaintiffs – discovery which had, prior to December 27, 2006, been
5  foreclosed;
6  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel,
7  that the deadline for completion of the depositions of the plaintiffs be extended from December 31,
8  2006 to February 28, 2007.
9  SO STIPULATED.

10  Dated: December 28, 2006                LAW OFFICE OF A. CRAIG EILAND

12                                          By: /s/ A. Craig Eiland
13                                              A. Craig Eiland
                                                Attorneys for Plaintiffs

15  Dated: December 28, 2006                CODDINGTON, HICKS & DANFORTH

17                                          By: /s/ Richard G. Grotch
18                                              Richard G. Grotch
                                                Attorneys for Defendant
                                                Delta Air Lines, Inc.

20  **ORDER**

21  Pursuant to stipulation, the deadline for completion of the depositions of the plaintiffs shall
22  be extended from December 31, 2006 to February 28, 2007.
23  IT IS SO ORDERED.

25  Dated: January 5, 2007

                                            GRANTED
                                            Judge Vaughn R Walker
                                            United States District Chief Judge

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Stipulation and [Proposed] Order re Discovery
C 04-4860 VRW